No. 93–6626.  HAMILTON v. KIRKPATRICK.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 93–6628.  MCDONALD v. HATCH ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 93–6629.  PENNINGTON v. ENDELL, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 93–6631.  RODENBAUGH v. SINGER.  C. A. 3d Cir.  Certiorari denied.

No. 93–6633.  PRUITT v. ROGERS ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 93–6634.  MEDINA v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 93–6637.  MOSES v. O'DEA, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 93–6638.  PHELPS v. LOCKHEED MISSILES & SPACE CO., INC.  C. A. 9th Cir.  Certiorari denied.

No. 93–6640.  LORRAINE v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 93–6643.  LAGO v. FLORIDA ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 93–6650.  JACOB v. NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.

No. 93–6652.  LAFFEY v. INDEPENDENT SCHOOL DISTRICT #625.  C. A. 8th Cir.  Certiorari denied.

No. 93–6653.  ESPARZA v. MUNOZ.  C. A. 5th Cir.  Certiorari denied.

No. 93–6656.  KOWALSKI v. OREGON STATE BAR (two cases).  Sup. Ct. Ore.  Certiorari denied.

No. 93–6660.  BIEBER v. COLORADO.  Sup. Ct. Colo.  Certiorari denied.